2:22-cv-02679-RMG    Date Filed 03/21/23    Entry Number 30    Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | |
|---|---|
| JANE DOE, | Case No. 2:22-CV-02679-RMG |
| Plaintiff, | |
| vs. | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |
| MASSAGE ENVY FRANCHISING, LLC; MASSAGE ENVY WESCOTT; PGD INVESTMENTS, INC.; ROBERT W. LEE and CATHERINE H. LEE; ABC, INC 1-1 (fictitious entities); and JOHN DOES 1-10 (fictitious persons) | |
| Defendants. | |

Pursuant to Local Rule 6.02 DSC, Cherie W. Blackburn, Esquire, counsel for Defendant PGD Investments, Inc., respectfully requests protection from any Court proceedings before the Honorable Richard M. Gergel being scheduled in this matter for the following dates:

**May 1, 2023 through May 9, 2023**. Ms. Blackburn has an out-of-country vacation planned.

**June 8, 2023 through June 16, 2023**. Ms. Blackburn has an out-of-state vacation planned.

Defendant's counsel's request for protection from court appearances is not being designated for purpose of delaying, hindering, or interfering with the timely disposition of any matter in any pending action or proceeding.

- 2 -

s/Cherie W. Blackburn
Cherie W. Blackburn (Fed ID No. 1575)
Rhett D. Ricard  (Fed ID No. 13549)
NEXSEN PRUET, LLC
205 King Street
Suite 400
Charleston, SC 29401
Phone: (843) 577-9440
E-mail: cblackburn@nexsenpruet.com
E-mail: rricard@nexsenpruet.com


ATTORNEYS FOR DEFENDANT PGD
INVESTMENTS, INC.

March 21, 2023
Charleston, South Carolina